# EXHIBIT 5

**Daniel E. Fontaine**

| | |
|---|---|
| **From:** | 340B <340B@lilly.com> |
| **Sent:** | Monday, May 18, 2026 2:00 PM |
| **To:** | Daniel E. Fontaine |
| **Cc:** | Keith B. Thomasset |
| **Subject:** | RE: [EXTERNAL] RE: TIME SENSITIVE RESPONSE REQUESTED: Lilly's 340B In-House Claims-Data Requirement **EXTERNAL** |

**This Message Is From an External Sender**
This message came from outside the Dartmouth Health system.
Report Suspicious

Hi Daneil,

Apologies for the dead link. I have forwarded your message to our team to review and respond. In the meantime, please refer to the corrected link below.

https://help.340besp.com/en/articles/14482537-frequently-asked-questions-faqs [help.340besp.com]

Best,
Ray

---

**From:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Sent:** Friday, May 15, 2026 4:08 PM
**To:** 340B <340B@lilly.com>
**Cc:** Keith B. Thomasset <Keith.B.Thomasset@hitchcock.org>
**Subject:** RE: [EXTERNAL] RE: TIME SENSITIVE RESPONSE REQUESTED: Lilly's 340B In-House Claims-Data Requirement

Thank you, Ray. Unfortunately, both the link below to the 340B ESP FAQs and the embedded link within the January 15 notice are dead. For us to evaluate the terms of your unilateral offer and prepare for any discussions, we need to meaningfully vet our HIPAA-specific and general data use and security concerns around the data scope and the platform. Could you please share directly the information (specific to Lilly—not your vendor's overall platform) responsive to item 2 in our request below?

Thank you,
Dan

---

**From:** 340B <340B@lilly.com>
**Sent:** Wednesday, May 13, 2026 12:05 AM
**To:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Cc:** Keith B. Thomasset <Keith.B.Thomasset@hitchcock.org>
**Subject:** RE: [EXTERNAL] RE: TIME SENSITIVE RESPONSE REQUESTED: Lilly's 340B In-House Claims-Data Requirement **EXTERNAL**

Hi Daniel,

My apologies. Please see below.

1. *Is Lilly requesting that we provide data for all 340B utilization, including drugs administered to patients in the outpatient setting in addition to those that are dispensed?*

Yes – as spelled out in our original January 15 notice [340besp.com], and resent to your attention on either March 20 or April 15, Lilly requires claims data "for all 340B-priced product utilization, inclusive of pharmacy and medical benefit dispenses."

2. *Please confirm the data elements that Lilly is requesting separated by encounter type (physician-administered vs. dispensed).*

The specific data fields can be found in 340B ESP's FAQs [help.340besp.com], as was also indicated in our original January 15 notice.

Best regards,

Ray Webb

---

**From:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Sent:** Tuesday, May 12, 2026 3:35 PM
**To:** 340B <340B@lilly.com>
**Cc:** Keith B. Thomasset <Keith.B.Thomasset@hitchcock.org>
**Subject:** RE: [EXTERNAL] RE: TIME SENSITIVE RESPONSE REQUESTED: Lilly's 340B In-House Claims-Data Requirement

Thank you for your reply, Ray. I'd ask again that Lilly please provide the information we requested below (highlighted in yellow).

Thank you,
Daniel Fontaine
340B Primary Contact for Mary Hitchcock Memorial Hospital

---

**From:** 340B <340B@lilly.com>
**Sent:** Monday, May 11, 2026 2:42 PM
**To:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Cc:** Keith B. Thomasset <Keith.B.Thomasset@hitchcock.org>
**Subject:** RE: [EXTERNAL] RE: TIME SENSITIVE RESPONSE REQUESTED: Lilly's 340B In-House Claims-Data Requirement
**EXTERNAL**

HI Daniel,

Please see below.

Availability

5/12: 11:00-11:15, 11:15-11:30, 11:30-11:45, 11:45-12:00, 1:30-1:45, 1:45-2:00, 3:30-3:45, 3:45-4:00
5/13: 1:30-1:45, 1:45-2:00, 3:00-3:15, 3:15-3:30, 3:30-3:45, 3:45-4:00
5/14: 11:30-11:45, 11:45-12:00
5/15: 9:30-9:45, 9:45-10:00, 2:00-2:15, 2:15-2:30, 2:30-2:45, 2:45-3:00
5/18: 1:00-1:15, 1:15-1:30, 1:30-1:45, 1:45-2:00
*All times are ET

Attending

Cynthia Ransom, Sr. Director -Specialty Accounts, and/or
Derek Asay, Sr. VP Gvt Strategy.

Agenda

1. Introductions
2. Lilly's Need for Claims Data
3. CE's Submission of Claims Data
4. Next Steps for Accepting Lilly's 340B Offer

Best Regards,
Ray Webb

---

**From:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Sent:** Friday, May 8, 2026 3:18 PM
**To:** 340B <340B@lilly.com>
**Cc:** Keith B. Thomasset <Keith.B.Thomasset@hitchcock.org>
**Subject:** [EXTERNAL] RE: TIME SENSITIVE RESPONSE REQUESTED: Lilly's 340B In-House Claims-Data Requirement

Dear Eli Lilly and Company,

We are writing to acknowledge receipt of your below request to schedule a meeting regarding Lilly's policy. Before setting up a meeting, we are requesting that Lilly provide a proposed agenda and clarify two points:

- Is Lilly requesting that we provide data for all 340B utilization, including drugs administered to patients in the outpatient setting, in addition to those that are dispensed?
- Please confirm the data elements that Lilly is requesting, separated by encounter type (physician-administered vs. dispensed).

Thank you,

Daniel Fontaine
340B Primary Contact for Mary Hitchcock Memorial Hospital

---

**From:** 340B <340B@lilly.com>
**Sent:** Tuesday, May 5, 2026 10:40 AM
**To:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>; Jamie L. Sherman <Jamie.L.Sherman@hitchcock.org>; Justin R. Mirick <Justin.R.Mirick@hitchcock.org>; Kayla Ciampi <Kayla.Ciampi@hitchcock.org>; Merrill D. Roy

<Merrill.D.Roy@hitchcock.org>
**Subject:** TIME SENSITIVE RESPONSE REQUESTED: Lilly's 340B In-House Claims-Data Requirement **EXTERNAL**

Dear 340B Covered Entity,

As you know, Lilly now requires all covered entities to submit claims data for all 340B dispenses, including in-house dispenses, as a condition of Lilly's offer to sell products at the 340B discount price. Lilly's in-house claims-data requirement is available at https://340besp.com/resources [340besp.com]. This update took effect on February 1, 2026. Yet our records show that MARY HITCHCOCK MEMORIAL HOSP has not provided any of the requisite claims data. Lilly would like to understand why your Covered Entity has not submitted the required data, especially since Lilly understands that covered entities already collect claims data.

Lilly values its relationship with you. But adhering to the terms of Lilly's offer is important. Lilly conditions its 340B offer on the submission of claims data because it needs claims data to ensure the 340B program's integrity and expose wrongdoing that otherwise casts doubt on even legitimate 340B activities. For the avoidance of doubt, to the extent Lilly identifies duplicate discounts, it will use that information to prevent other entities from claiming a discount.

Lilly remains, as always, committed to helping you accept the terms of Lilly's offer. Please let us know your availability ***within the next 7 days*** to discuss this further. If you do not respond, Lilly may assume that you have decided to reject its 340B offer.

Sincerely,
Eli Lilly and Company

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.