# EXHIBIT 8

Dartmouth Health

Mary Hitchcock Memorial Hospital

June 24, 2026

Derek Asay

Senior Vice President

Government Strategy and Federal Accounts

Eli Lilly and Company

*Via email to 340B@lilly.com*

Re: Response to Final Notice: 340B Ceiling Price Inaccessibility Imminent

Dear Mr. Asay:

I am writing in response to your letter captioned "Final Notice: 340B Ceiling Price Inaccessibility Imminent," which was received by Mary Hitchcock Memorial Hospital ("MHMH") via email after business hours on June 17, 2026 and via the postal service on June 19, 2026 (the "Letter").

Without addressing the full extent of the Letter's content, MHMH wishes to correct and supplement the record on the nature of the communications it has had with Lilly.

When you contacted MHMH on May 5, 2026 seeking a meeting "within the next seven days" and threatening that "Lilly may assume you have decided to reject its 340B offer" absent a response, MHMH replied timely.

On May 8, 2026, MHMH acknowledged its receipt of your request and asked that, prior to setting a meeting, Lilly provide a proposed agenda and clarify two points regarding the data request: (1) whether outpatient administrations were in-scope for the demand; and (2) what specific data elements were being demanded by Lilly, separated by encounter type.

On May 11, Lilly replied with a skeleton agenda, a list of invitees, and suggested dates and times for meetings. Lilly did not respond to either of the clarifications MHMH requested on May 8. MHMH requested the information again on May 12.

On May 13, Lilly responded with: (1) a confirmation that outpatient administrations were in-scope, featuring a link to its January 15 notice as support; and (2) a dead link to its vendor, 340B ESP's, FAQs for information about the required data fields.

MHMH again emailed Lilly on May 15 to flag that the links were dead and emphasize that it needed the information to independently vet the data demand and to prepare for a discussion with Lilly:

> …Unfortunately, both the link below to the 340B ESP FAQs and the embedded link within the January 15 notice are dead. For us to evaluate the terms of your unilateral offer and prepare for any discussions, we need to meaningfully vet our HIPAA-specific and general data use and security concerns around the data scope and the platform. Could you please share directly the

Dartmouth Health

information (specific to Lilly—not your vendor's overall platform) responsive to item 2 in our request below?

On May 18, Lilly replied with an updated link, still not specific to itself, but rather its vendor's platform as a whole, and stated "I have forwarded your message to our team to review and respond." Until its receipt of the Letter, MHMH had not heard anything further from Lilly despite its promised follow-up response. The ball was in Lilly's court and it is deeply disappointing that Lilly has chosen to send the Letter rather than engage in good faith with MHMH on its reasonable questions. MHMH again reiterates its requests for information so that it may properly evaluate the terms of Lilly's "offer."

While not the purpose of this letter, please note that MHMH objects to Lilly's unilateral attempt to impose unlawful conditions on the 340B program. All rights are expressly reserved and none are waived.

Signed by:

Keith Thomasset

E115B4506FC1410...

Best,

Keith B. Thomasset

Chief Pharmacy Officer

340B Authorizing Official

Mary Hitchcock Memorial Hospital

CC: Daniel Fontaine, Mary Hitchcock Memorial Hospital 340B Primary Contact