# EXHIBIT 10

[redacted]

**From:** [redacted], Aaron <[redacted]@[redacted].com>
**Sent:** Friday, July 10, 2026 10:49 AM
**To:** Daniel E. Fontaine; Suzy D. Chan
**Subject:** FW: MHMH- Lilly NDCs -MailToken:U7GCL2 **EXTERNAL**

Hi Daniel and Suzy,

Here is what information I got from our 340B team, please reach out if you have anymore questions I can relay to them.

Thanks,

[redacted]

---

**From:** GMB-LEI-MD-340B <GMB-LEI-MD-340B@[redacted].com>
**Sent:** Friday, July 10, 2026 11:45 AM
**To:** GMB-340B Marketing Team <GMB-340BMarketingTeam@[redacted]>; [redacted] <[redacted]1@[redacted].com>
**Subject:** RE: MHMH- Lilly NDCs -MailToken:U7GCL2

Hello,

As of February 1, 2026, Lilly requires all covered entities to submit claims data for all 340B dispenses, including in-house dispenses and medical claims, as a condition of Lilly's offer to sell products at the 340B discount price. To the extent a covered entity has been informed that access to 340B prices will be restricted, it will be promptly restored once the necessary outstanding claims data is submitted to 340B ESP and verified.
Please contact 340B@lilly.com with any questions.

Thank you,

[redacted]

**From:** GMB-340B Marketing Team <GMB-340BMarketingTeam@[redacted].com>
**Sent:** Friday, July 10, 2026 9:51 AM
**To:** [redacted] <[redacted]@[redacted]com>; GMB-LEI-MD-340B <GMB-LEI-MD-340B@[redacted].com>
**Subject:** RE: MHMH- Lilly NDCs -MailToken:U7GCL2

Hello @GMB-LEI-MD-340B,

Kindly review the below inquiry and assist.

Please let me know if you have questions.

Thank you,

[redacted]

**From:** [redacted] <[redacted]@[redacted].com>
**Sent:** Friday, July 10, 2026 10:50 AM
**To:** GMB-340B Marketing Team <GMB-340BMarketingTeam@[redacted].com>
**Cc:** Suzy D. Chan <Suzy.D.Chan@Hitchcock.ORG>; 'Daniel E. Fontaine' <Daniel.E.Fontaine@hitchcock.org>
**Subject:** RE: MHMH- Lilly NDCs

Hi 340B team,

Please see below and advise on how customer can get 340B pricing for Lilly products. Here are the accounts that do not have access.

| Acct# |
| --- |
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |

[redacted]

**From:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Sent:** Thursday, July 9, 2026 7:22 PM
**To:** [redacted] <[redacted]@[redacted].com>
**Cc:** Suzy D. Chan <Suzy.D.Chan@Hitchcock.ORG>
**Subject:** RE: MHMH- Lilly NDCs

**External Email** – Please use caution before opening attachments or clicking links

Aaron,

Here is the list of accounts on which we have found 340B pricing for Lilly products unavailable. Additionally, I am adding the DH 340B Program Manager as I will be out for two weeks after Friday 07/10.

| Acct# |
|---|
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |
| [redacted] |

Thank you,
Dan

**Daniel E. Fontaine, PharmD, 340B ACE**
System Director 340B Program
340B Program Manager
OPA 340B Primary Contact for Mary Hitchcock Memorial Hospital, Alice Peck Day Memorial Hospital, Cheshire Medical Center, Mt. Ascutney Hospital and Health Center, New London Hospital Association, Southwestern Vermont Medical Center, Valley Regional Hospital, Dartmouth-Hitchcock Hemophilia Treatment Center, and the Ryan White Program
Pharmacy Division

Tel (603) 653-2376 | Cell (207) 713-5157
Dartmouth-Health.org

Dartmouth Health

**IMPORTANT NOTICE REGARDING THIS MESSAGE**
**Confidentiality Notice: This e-mail transmission is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution violates the confidentiality and privacy laws, and is prohibited. If you are not the intended recipient(s), please contact the sender immediately and destroy all copies of the message. Thank you for your cooperation.**

---

**From:** [redacted] <[redacted]@[redacted].com>
**Sent:** Thursday, July 9, 2026 12:41 PM
**To:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Subject:** RE: MHMH- Lilly NDCs **EXTERNAL**

Hi Daniel,

Can we get a list of accounts that you are having this issue with?

Thanks,
[redacted]

---

**From:** Daniel E. Fontaine <Daniel.E.Fontaine@hitchcock.org>
**Sent:** Thursday, July 9, 2026 5:40 AM
**To:** [redacted] <[redacted]@[redacted].com>
**Subject:** MHMH- Lilly NDCs
**Importance:** High

**External Email** – Please use caution before opening attachments or clicking links

Good Morning,

MHMH has identified that 340B pricing for Lilly products is not available through certain of our accounts with you. Please advise.

Best,

Dan

**Daniel E. Fontaine, PharmD, 340B ACE**
System Director 340B Program
340B Program Manager
OPA 340B Primary Contact for Mary Hitchcock Memorial Hospital, Alice Peck Day Memorial Hospital, Cheshire Medical Center, Mt. Ascutney Hospital and Health Center, New London Hospital Association, Southwestern Vermont Medical Center, Valley Regional Hospital, Dartmouth-Hitchcock Hemophilia Treatment Center, and the Ryan White Program
Pharmacy Division

Tel (603) 653-2376 | Cell (207) 713-5157
Dartmouth-Health.org

**IMPORTANT NOTICE REGARDING THIS MESSAGE**
**Confidentiality Notice: This e-mail transmission is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution violates the confidentiality and privacy laws, and is prohibited. If you are not the intended recipient(s), please contact the sender immediately and destroy all copies of the message. Thank you for your cooperation.**

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: [redacted]

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: [redacted]