UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

MARY HITCHCOCK MEMORIAL HOSPITAL;

Plaintiff,

v.

ELI LILLY AND COMPANY;

Defendant.

Civil No. 1:26-cv-00616-SM-TSM

**THE PARTIES' STIPULATED BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION AND PROPOSED STAY OF RESPONSIVE PLEADING**

The parties, Plaintiff Mary Hitchcock Memorial Hospital and Defendant Eli Lilly and Company ("Lilly"), hereby stipulate that Lilly's deadline to respond to Plaintiff's Motion for Preliminary Injunction (Doc. No. 5, 5-1) be extended to September 17, 2026. The parties further stipulate that Plaintiff's deadline to file a Reply Brief in support of its Motion for Preliminary Injunction be October 1, 2026. Further, the parties stipulate that the deadline for Lilly to respond to Plaintiff's Complaint should be stayed until thirty (30) days following the Court's Order on Plaintiff's Motion for Preliminary Injunction.

For the foregoing reasons, the parties request that this Court issue an Order setting the following schedule:

| **Event** | **Proposed Deadline** |
|---|---|
| Lilly's Response to Plaintiff's Motion for Preliminary Injunction | September 17, 2026 |
| Plaintiff's Reply Brief in Support of Its Motion for Preliminary Injunction | October 1, 2026 |
| Lilly's Response to Complaint | 30 days following Order on Plaintiff's Motion for Preliminary Injunction |

Dated: August 11, 2026

**MARY HITCHCOCK MEMORIAL HOSPITAL**
By its attorneys,

*/s/ Morgan C. Nighan*
Morgan C. Nighan, NH Bar #21196
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 345-1031
mnighan@nixonpeabody.com

*-and-*

Nathan Warecki, NH Bar #20503
Jonathan D. O'Neil, NH Bar #276336
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Exchange Place, 53 State Street
Boston, MA 02109
Manchester, NH 03101
(603) 628-4000
nwarecki@nixonpeabody.com
joneil@nixonpeabody.com

**ELI LILLY AND COMPANY**

By its attorneys,

*/s/ James M. Campbell*
James M. Campbell, NH Bar #29054817
Jacob J. Lantry, *pro hac vice application forthcoming*
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
(617)-241-3000
jmcampbell@campbell-trial-lawyers.com
jlantry@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

I, James M. Campbell, hereby certify that on this 11th day of August, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

*/s/ James M. Campbell*
James M. Campbell