# Exhibit A2

DEPARTMENT OF HEALTH & HUMAN SERVICES

Health Resources and Services Administration

Healthcare Systems Bureau
Rockville, MD 20857

SEP 11 2018

Mr. Joshua Smiley
Senior Vice President, Global Services and CFO
Eli Lilly and Company
Lily Corporate Center
Indianapolis, Indiana 46285

Subject: Manufacturer Labeler Code 66733

Dear Mr. Smiley:

Attached is a signed copy of the Pharmaceutical Pricing Agreement Addendum between Eli Lilly and Company and the Secretary of Health and Human Services.

If there is any change in contact information, please notify me at 301-443-7312 or via e-mail at JHardin@hrsa.gov.

Sincerely,

Joshua E. Hardin, MBA, RN/BSN, MLT
CDR, U.S. Public Health Service
Senior Public Health Analyst
Information Systems Branch
Office of Pharmacy Affairs

Enclosure

Department of Health and Human Services, Health Resources and Services Administration, Healthcare Systems Bureau OMB No. 0915-0327; Expiration Date: 08/31/2019

# PHARMACEUTICAL PRICING AGREEMENT ADDENDUM

**Between**
**THE SECRETARY OF HEALTH AND HUMAN SERVICES**
**(hereinafter referred to as the "Secretary")**
**and**
**THE MANUFACTURER**
**Identified in "Signatnres" Section of this Addendnm**
**(hereinafter referred to as the "Mannfactnrer")**

This is an Addendum to the Pharmaceutical Pricing Agreement (the "Agreement") between the Secretary and the Manufacturer. The following terms are hereby incorporated as part of the Agreement:

1) Manufacturer shall furnish the Secretary with reports, on a quarterly basis, that include the price of each covered outpatient drug that is subject to the Agreement, that according to the manufacturer, represents the maximum price that covered entities may permissibly be required to pay for the drug (referred to in this addendum as the "ceiling price").

2) Manufacturer shall offer each covered entity covered outpatient drugs for purchase at or below the applicable ceiling price, if such drug is made available to any other purchaser at any price.

**Signatures**

**FOR THE SECRETARY OF HEALTH AND HUMAN SERVICES**

**By:** [signature] **Date:** 8/30/18

**Title:** Associate Administrator, Healthcare Systems Bureau
Health Resources and Services Administration

**ACCEPTED FOR THE MANUFACTURER**

**By:** [signature] **Date:** 8/16/18
(Signature)

**Printed Name:** Joshua Smiley **Title:** Sr. VP, Global Services & CFO

**Phone Number:** 317-433-6729 **Email Address:** joshua_smiley l@lilly.com

**Name of Manufacturer:** Eli Lilly and Company (on behalf of subsidiary ImClone Systems)

**Manufacturer Address:** Lilly Corporate Center
Indianapolis, Indiana 46285

Public Burden Statement: An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number for this project is 0915-0327. Public reporting burden for this collection of information is estimated to average 0.5 hours per response, including the time for reviewing instructions, searching existing data sources, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to HRSA Reports Clearance Officer, 5600 Fishers Lane, Room 10C-03I, Rockville, Maryland, 20857.