# Exhibit G

# EXHIBIT 4

**Subject: Urgent: 340B Claims-Level Data Submission Past Due**

Dear 340B Covered Entity,

Our records indicate that claims-level data (CLD) for one or more of your 340B dispenses is now past the required submission window. As reflected in our letter sent to your attention with Lilly's expanded 340B Distribution Program effective February 1, 2026, timely, complete, and accurate CLD submission is a condition of Lilly's offer of its products at 340B ceiling prices. To accept Lilly's offer and maintain access to 340B pricing, your organization must fulfil this requirement without further delay.

More than a thousand of Covered Entities across the country have already registered with the 340B ESP™ platform and established ongoing processes to submit claims-level data. We strongly urge you to take the following actions immediately to accept Lilly's offer and purchase Lilly products at the 340B ceiling price:

1. If not yet registered, create an account at www.340BESP.com (approximately 15 minutes)
2. Upload all outstanding CLD for dispenses occurring on or after February 1, 2026, through the 340B ESP™ platform (approximately 5 minutes per submission)

Data must be submitted within 45 days of product dispense for most products, or within 60 days for Alimta, Amyvid, Cyramza, Erbitux, Kisunla, Omvoh, Portrazza, and Tauvid. For urgent registration and upload assistance, please contact Second Sight Solutions at 888-398-5520.

If you believe your organization may be exempt from this requirement, or if there are extenuating circumstances you think we should be aware of, please contact us immediately at 340B@lilly.com.

Sincerely,

Lilly USA