**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| MARY HITCHCOCK MEMORIAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY & CO.,<br><br>Defendant. | Case No. 1:26-cv-00616-SM-TSM |

**PARTIALLY ASSENTED TO MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Pharmaceutical Research and Manufacturers of America ("PhRMA") respectfully moves for leave to file a brief as an *amicus curiae* in the above-captioned case in support of Defendant Eli Lilly and Co.'s ("Eli Lilly") Opposition to Plaintiff's Motion for Preliminary Injunction. The proposed brief is attached as Exhibit A. Pursuant to this Court's Local Rule 7.1(c), undersigned counsel have made a good faith attempt to obtain concurrence in the relief sought. Counsel for Defendant have consented to the filing of this brief; Counsel for Plaintiff take no position.

Federal district courts possess the inherent authority to accept and consider amicus briefs. *See League of Women Voters of New Hampshire v. Kramer*, 2024 WL 4604323, at *1 (D.N.H. Oct. 29, 2024). The Court may consider such briefs "to the extent they may provide legal assistance in deciding the issues raised by the parties." *Id.* at *2. "[A] court is usually delighted to hear additional arguments from able amici that will help the court toward right answers[.]" *Massachusetts Food Ass'n v. Massachusetts Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999).

PhRMA has a strong interest in the matter before this Court and can offer a unique perspective that it believes would aid the Court's consideration of the issues and that the Court would not otherwise obtain from the parties. PhRMA is an association that represents the nation's leading biopharmaceutical research companies and manufacturers, developing innovative medicines that transform lives and create a healthier world. PhRMA's members participate in the 340B Drug Pricing Program ("340B").

Manufacturers agree to participate in 340B in exchange for their drugs being eligible for reimbursement under Medicare Part B and Medicaid. Despite Congress's intent to keep 340B limited, it has now ballooned into the second-largest federal drug program, in part due to program abuses. PhRMA's members face direct harm from duplicate discounting (where a manufacturer is forced to provide 340B pricing and additional rebates under Medicaid on the same drug), as well as the improper transfer and sale of 340B drugs—both of which are prohibited under federal law. Many manufacturers have accordingly instituted terms and conditions to further program integrity, including claims data conditions of the sort at issue in this case. Claims data conditions have specifically been upheld as lawful under federal law by multiple federal appellate courts.

This case is consequential to PhRMA's members because Plaintiff's suit seeks to deploy state law to override the federal framework governing a wholly federal program, replacing the balance Congress struck with erratic state-by-state regimes that would further increase the costs of participation in 340B.

PhRMA's expertise will be valuable in understanding the central issues in this litigation. PhRMA is well-acquainted with the U.S. Health Resources and Services Administration ("HRSA") and its oversight of 340B, including the Administrative Dispute Resolution ("ADR") process through which disputes between manufacturers and covered entities about the 340B price

are meant to be resolved. Accordingly, its expertise will be valuable in understanding the importance of centralized program enforcement to ensure uniform application of 340B's requirements. PhRMA's expertise will also aid in understanding why claims-level data collection is permissible under 340B and helps maintain program integrity by furthering compliance with multiple federal laws. PhRMA has submitted comments as early as 2015 to HRSA addressing the role of claims data in preventing program abuse. *See* PhRMA, Comments Regarding Proposed Omnibus Guidance for 340B Drug Pricing Program (Oct. 27, 2015), https://tinyurl.com/3n86ytp9. And PhRMA again recently addressed the use of claims data in comments on HRSA's proposed 340B rebate model, explaining how such data can be used to verify 340B eligibility and promote program integrity. *See* PhRMA, Comments on Request for Information: 340B Rebate Model Pilot Program (Apr. 20, 2026), https://tinyurl.com/yc2achkp.

PhRMA's brief is also timely. Plaintiff initiated this litigation in July 2026, and Defendant filed its opposition to Plaintiff's motion for preliminary injunction on September 17, 2026. PhRMA filed this motion and accompanying brief within seven days of that submission. *Cf.* Fed. R. App. P. 29(a)(6). According to the Court's briefing schedule, Plaintiff has until October 1, 2026, to file a reply brief—affording it a full week to respond to the *amicus* brief, should it wish to do so. Plaintiff will not suffer prejudice, and the proposed *amicus* brief will not delay the Court's consideration of Plaintiff's motion.

For these reasons, PhRMA respectfully requests that the Court grant its motion for leave to file the proposed *amicus curiae* brief.

September 24, 2026

Respectfully submitted,

*/s/David Pocius*
David Pocius, Esq. (NH Bar. No. 270485)
Paul Frank + Collins P.C.
One Church Street
PO Box 1307
Burlington, VT 05402-1307
(802) 658-2311
dpocius@pfclaw.com

&

Andrew D. Prins (*pro hac vice* pending)
Cherish A. Drain (*pro hac vice* pending)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel. (202) 637-2200
andrew.prins@lw.com
cherish.drain@lw.com

*Attorneys for Amicus Curiae Pharmaceutical Research and Manufacturers of America*

**Certificate of Service**

I hereby certify that on September 24, 2026, I served the foregoing Motion to Admit Attorney Pro Hac Vice on counsel for the parties using the Court's Electronic Case Filing system.

September 24, 2026

*/s/David Pocius*

David Pocius, Esq.
Paul Frank + Collins P.C.
One Church Street
PO Box 1307
Burlington, VT 05402-1307
(802) 658-2311
dpocius@pfclaw.com

10783512_1:16021-00002